# UNITED STATES DISTRICT COURT

## District of Minnesota

Dayrin Beverly Alvarado Cahueque,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd Lyons, and
David Easterwood,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-613 LMP/SGE

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Dayrin Beverly A. C.'s verified Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;

2. The Court DECLARES that Dayrin Beverly A. C. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226;

3. The Government is ORDERED to provide Dayrin Beverly A. C. with a bond redetermination hearing under 8 U.S.C. § 1226(a) on the merits of her release by no later than Tuesday, February 3, 2026;

4. If the Government does not provide Dayrin Beverly A. C. with a bond redetermination as required by this Order, she must be immediately released from detention; and

5. On or before Wednesday, February 4, 2026, the Government is ORDERED to provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order or, if no bond hearing was held, advising the Court regarding Dayrin Beverly A. C.'s release.

Date: 1/27/2026

KATE M. FOGARTY, CLERK